UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| XOCKETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM INC. and AMAZON WEB SERVICES, INC. <br> Defendants. | Civil Action No. 1:25-cv-1021-RP <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING DEFENDANTS AMAZON.COM INC. AND AMAZON WEB SERVICES, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

Before the court is Defendants Amazon.com Inc. and Amazon Web Services, Inc.'s Motion to Transfer to the Northern District of California. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED and hereby orders that this case be TRANSFERRED to the Northern District of California.

**SIGNED** this _____ day of _____ 2026.

_____
Hon. Robert Pitman
UNITED STATES DISTRICT JUDGE

7098299
7098299