**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| XOCKETS, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC. and AMAZON WEB<br>SERVICES, INC.<br><br>       Defendants. | Civil Action No. 1:25-cv-01021-RP |

**ORDER GRANTING JOINT MOTION TO STAY VENUE BRIEFING  PENDING**
**ENTRY OF A VENUE DISCOVERY ORDER**

Plaintiff Xockets, Inc. and Defendants Amazon.com, Inc. and Amazon Web Services, Inc.'s (collectively, "Amazon") jointly move to stay the parties' deadlines to brief Amazon's Motion to Transfer Venue to the Northern District of California.  Dkt. 52 (the "Transfer Motion"). Xockets proposes to file, no later than March 4, 2026, an opposed motion requesting a brief period of venue discovery in connection with the Transfer Motion.  The parties agree that Xockets' deadline for responding to the Transfer Motion should be stayed until 14 days after resolution of Xockets' request for venue discovery and close of any venue discovery that is ordered as a result, and that the deadline for Amazon's reply brief to the Transfer Motion shall be 14 days after Xockets' response is due.

It is hereby **ORDERED** that the joint motion is **GRANTED**.  Xockets' and Amazon's deadlines to file briefs in response and reply to the Transfer Motion are hereby **STAYED** as follows.  Xockets shall file its motion for venue discovery no later than March 4, 2026.  Xockets' deadline for responding to the Transfer Motion shall be 14 days after resolution of Xockets' motion

for venue discovery and close of any venue discovery that is ordered as a result, and the deadline

for Amazon's reply brief to the Transfer Motion shall be 14 days after Xockets' response.


SIGNED this __2nd__ day of __March_____, 2026.

_____
Hon. Robert Pitman
United States District Judge