**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| XOCKETS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.,<br><br>        Defendants. | Civil Action No. 1:25-cv-01019-RP<br>Civil Action No. 1:25-cv-01021-RP |

**[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO LIFT STAY AND MOTION FOR STAY PENDING FINAL RESOLUTION OF PARALLEL ITC INVESTIGATION**

Before the Court is Defendants Amazon.com, Inc. and Amazon Web Services, Inc.'s (collectively, "Defendants") Motion to Lift Stay and Motion for Stay Pending Final Resolution of Parallel ITC Investigation ("Motion"). The Court finds that good cause exists to grant Defendants' Motion. This case is hereby STAYED in its entirety, pending final resolution of the parallel ITC investigation, including any appeal.

It is therefore ORDERED that Defendants' Motion is GRANTED.

**SO ORDERED**.

**SIGNED** and **ENTERED** on _____.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1